# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

THE HOLDSWORTH I FAMILY LTD. PARTNERSHIP

vs.                              NO. 3:09CV00182 SWW

CWILL PROPERTIES, LLC, ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties in this matter pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS SO ORDERED that all claims in this cause of action hereby are dismissed without prejudice.

Dated this 13th day of December 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE